**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>RASHIDI CROSDALE,<br>[DOB: 3/17/1984]<br><br>      Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

**S U P E R S E D I N G  I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about January 9, 2018, in the Western District of Missouri, the defendant RASHIDI CROSDALE, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, the following firearms:

- a Glock, .357 handgun, bearing Serial Number TRP063;

- an IWI Tavor SAR .223 rifle, bearing Serial Number T0005584;

- a Glock 27, .40 caliber pistol, bearing Serial Number LEA831;

- a Draco 7.62X39 pistol, bearing Serial Number DR-3253-09;

- a Zastava Serbia 5.56X45mm pistol, bearing Serial Number M85-NP003307;

- a Century Arms Inc., rifle, .308 caliber, bearing an obliterated Serial Number; and

- a H&R, .32 caliber revolver, Model 1904, bearing Serial Number 117126,

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Tressie Borders*<br>FOREPERSON OF THE GRAND JURY

*/s/ Matthew Moeder*
Matthew Moeder
Special Assistant United States Attorney

Dated: 6/23/2020
Kansas City, Missouri