IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                             Criminal Action No.
                                               18-00015-01-CR-W-BP

RASHIDI CROSDALE,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Possession with Intent to Distribute PCP in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Possessing a Firearm in Relation to Drug Trafficking in violation of 18 U.S.C. § 924(c)(1)(A)(i); and Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder
    Case Agent: John Straubel
    Defense: Rashidi Crosdale is proceeding *pro se*

**OUTSTANDING MOTIONS**: Defendant's Motion to Compel Discovery (Doc. 200) is pending at the time of conference. The Government's Response was filed on October 6, 2021, but because the defendant first received the response at the pretrial conference, the defendant was given until October 18, 2021 to file his reply, if any.

**ANTICIPATED MOTIONS**: The Government anticipates filing motions in limine. No motions anticipated by Defendant other than those filings due October 18 as listed below.

**TRIAL WITNESSES**:
    Government:    15 witnesses without stipulations, with no stipulations expected.
    Defense:    23 witnesses, including Defendant who  ( ) will
                                                                           ( ) may
                                                                           ( X ) will not testify

**TRIAL EXHIBITS**:
    Government:    75 exhibits, most of which are photographs.
    Defense:    28 exhibits, some of which may be duplicative of Government exhibits.

**DEFENSES**:
        ( )     defense of general denial
        ( X )    defenses of general denial and necessity

**POSSIBLE DISPOSITION**:
        ( X ) Definitely for trial                ( ) Possibly for trial
        ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**TRIAL TIME**:    **5 days**
       Government's case including jury selection:    2.5 days
       Defense case:    2.5 days

**STIPULATIONS**:
        ( X )    not likely
        ( )       not appropriate
        ( )       likely as to:
                ( )    chain of custody
                ( )    chemist's reports
                ( )    prior felony conviction
                ( )    interstate nexus of firearm
                ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    None.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: Noon, October 18, 2021
    Defense: Noon, October 18, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    Noon, October 18, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:    Noon, October 18, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing 11/1/2021
    **Please note**:    The Government requests the second week of the trial docket due to a witness's unavailability during the latter half of the first week of the docket. Both parties plan on calling this witness as part of their case-in-chief. Defendant Crosdale has no objection to a setting on the second week of the docket.

**OTHER**:

( )  A _____-speaking interpreter is required.
( )  Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge